JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD OTIS TANKS,<br><br>                        Petitioner,<br><br>          v.<br><br>DANNY SAMUEL, Warden,<br><br>                        Respondent. | Case No. 2:22-cv-05240-FLA (PVC)<br><br>**JUDGMENT** |

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED with prejudice.

Dated: January 17, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1